No. 09-1529. Sanjuanita Sepulveda, et al., Petitioners v. Allen Family Foods, Inc.

562 U.S. 838, 131 S. Ct. 187, 178 L. Ed. 2d 42, 2010 U.S. LEXIS 5967.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 591 F.3d 209.